RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Hansel Bitanga Lopez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00141-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE BENCH TRIAL** |
| v. | (First Request) |
| HANSEL BITANGA LOPEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Hansel Bitanga Lopez, that the bench trial currently scheduled on August 12, 2020 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2.      The defendant is not in custody and agrees with the continuance.

3.    The parties agree to the continuance.

4.    Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code § 3161(h)(7)(B)(iv).

This is the first request for a continuance of the bench trial.

DATED this 03 day of August, 2020.


RENE L. VALLADARES                          NICHOLAS A. TRUTANICH
Federal Public Defender                     United States Attorney



By */s/ Brian Pugh*                         By */s/ Rachel Kent*
BRIAN PUGH                                  RACHEL KENT
Assistant Federal Public Defender           Special Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00141-BNW |
| Plaintiff, | |
| v. | <u>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER</u> |
| HANSEL BITANGA LOPEZ, | |
| Defendant. | |

**<u>FINDINGS OF FACT</u>**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2.      The defendant is not in custody and agrees with the continuance.

3.      The parties agree to the continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the first request for a continuance of the bench trial.

3

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, § 316(h)(7)(B)(iv).

## **ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, August 12, 2020, at 9:00 a.m., be vacated and continued to _October 21, 2020_ at the hour of 9:00 AM.

DATED this _7th_ day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4