NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RACHEL KENT
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270 / Fax: 702.388.6418
rachel.kent@usdoj.gov
Attorneys for the United States
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>HANSEL BITANGA LOPEZ,<br><br>　　　　　　　　Defendant. | Case No. 2:20-mj-141-BNW<br><br>**STIPULATION TO CONTINUE TRIAL**<br>**(Second Request)** |

The government and Defendant Hansel Bitanga Lopez jointly request that the Court continue the current trial date in this matter set for November 9, 2020, and set a new trial date of December 14, 2020 at 9:00 a.m.

This Stipulation is entered into for the following reasons:

1. A witness for the government is unavailable on the current trial date due to performing military service.

2. Defendant is out of custody and does not object to the request for continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The counts charged are Class B misdemeanors to which the Speedy Trial Act, Title 18, United States Code §§ 3161 *et seq*. does not apply.

1

This is the second request to continue trial date filed herein.

Dated: November 4, 2020.

                                            Respectfully submitted,
                                            NICHOLAS A. TRUTANICH
                                            United States Attorney

                                            _____/s/_____
                                            Rachel Kent
                                            Kimberly Sokolich
                                            Assistant United States Attorneys

                                            _____/s/_____
                                            Brian Pugh
                                            Erin Gettel
                                            Counsel for Defendant Hansel Bitanga Lopez

NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RACHEL KENT
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270 / Fax: 702.388.6418
rachel.kent@usdoj.gov
Attorneys for the United States
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| United States of America, | Case No. 2:20-mj-141-BNW |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION TO CONTINUE TRIAL** |
| v. | |
| HANSEL BITANGA LOPEZ, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is out of custody and does not object to the continuance.

2. The parties agree to the continuance.

3. The counts charged are Class B misdemeanors to which the Speedy Trial Act, Title 18, United States Code §§ 3161 *et seq.* does not apply.

The trial date of November 9, 2020 is VACATED and RESET for December 14, 2020 at 9:00 a.m.

IT IS SO ORDERED.

_____
THE HONORABLE BRENDA WEKSLER
United States Magistrate Judge

3